**ORDER**
The Motion (Doc. No. 6) is GRANTED.
Eli Richardson

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN ALLEN MAYS | ) | |
| | ) | |
| v. | ) | NO. 3:24-CV-00876 |
| | ) | |
| | ) | JUDGE RICHARDSON |
| UNITED STATES OF AMERICA | ) | |

**MOTION TO EXTEND TIME FOR THE UNITED STATES TO FILE RESPONSE**

COMES NOW the United States of America, by and through Braden H. Boucek, United States Attorney, and the undersigned First Assistant United States Attorney, Robert E. McGuire, and moves this court to allow additional time for the United States to file a response to the Petition in this case.

Undersigned counsel entered this case by Motion on July 10, 2026. (DE # 4.) On that same day the Court ordered the Government to Respond to the Petition by August 10, 2026. (DE # 3.) The Petitioner pleaded guilty to the charged offenses. On or about July 14, 2026, the Government requested that a transcript of the Defendant's change of plea hearing be prepared. At filing, that transcript has not been completed. The Government submits that it will need to review the transcript of the Petitioner's change of plea hearing to adequately respond to the Petition. The Government expects to receive the transcript within the next two weeks.

Therefore, the United States would respectfully request that the time to respond to the Petition be extended until Friday, September 18, 2026.

Respectfully submitted,

*s/ Robert McGuire*
ROBERT McGUIRE
First Assistant U.S. Attorney
719 Church Street, Suite 3300